AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| United States of America,<br>*Plaintiff*<br>v.<br><br>Roger W. Rhoads Jr., AgSouth Farm Credit ACA,<br>Carroll and Carroll Inc., Shealy's Leasing Inc.,<br>*Defendants* | Civil Action No.    5:16-01155-JMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ other: judgment is entered in favor of the Plaintiff in the about of Three Hundred Thirty-Four Thousand, Seven-Hundred Ninety-Three and 77/100  ($334,793.77) Dollars plus interest at a per diem rate of $32.4825 beginning on November 30, 2016. It is further ordered a judgment of foreclosure as to Plaintiff's security interest in Roger W. Rhoads, Jr.'s real property at issue in this matter shall be sold at auction and any sale is subject to liens of Defendants AgSouth Farm Credit, ACA, Carroll and Carroll Inc., and Shealy's Leasing, Inc.

This action was *(check one)*:

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The court having entered a decree and judgment of foreclosure and sale.

Date:    January 17, 2017                                              *CLERK OF COURT*

                                                                                       s/Angie Snipes
                                                                       _____
                                                                           *Signature of Clerk or Deputy Clerk*